Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| Kohler Co., |   |
|---|---|
| Plaintiff, | |
| v. | **S U M M O N S** |
| UNITED STATES, | |
| Defendant. | Ct. No. 22-00262 |

**TO**:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port of Entry: Memphis | Center (if known): |
|---|---|
| Protest Number:  2006-17-101255 | Date Protest Filed:  September 6, 2017 |
| Importer:  Kohler Co. | Date Protest Denied:  March 18, 2022 |
| Category of Merchandise:  Showerheads | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 231-2434909-8 | 4/25/2016 | 3/10/2017 | 231-2433250-8 | 4/5/2016 | 3/17/2017 |
| 231-2434950-2 | 4/27/2016 | 3/10/2017 | 231-2436847-8 | 4/5/2016 | 3/17/2017 |
| 231-2436386-7 | 4/27/2016 | 3/10/2017 | 231-2436101-0 | 5/11/2016 | 3/24/2017 |

**Port Director**
U.S. Customs and Border Protection
Port of Memphis
3150 Tchulahoma Road
Memphis, TN 38118

**William R. Rucker**
Faegre Drinker Biddle & Reath
320 S. Canal Street, Ste. 3300
Chicago, IL 60606-5707
(312) 569-1000
randy.rucker@faegredrinker.com

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Showerheads | 3924.90.5650 | 3.4% | 8424.89.9000<br>8424.90.9000 | 1.8%<br>Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C.§ 1514(a)] and the Protest Claim:

    Classification - the subject merchandise is properly classified under 8424.89.9000 or 8424.90.9000.

The issue which was common to all such denied protests:

    The tariff classification issue was common to all denied protests.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

                                                /s/ William R. Rucker
                                                *Signature of Plaintiff's Attorney*

                                                September 13, 2022
                                                        *Date*

Form 1-3

## SCHEDULE OF PROTESTS

_____
**Center (if known)**

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2436848-6 | 5/14/2016 | 3/31/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2437131-6 | 5/17/2016 | 3/31/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2438401-2 | 5/21/2016 | 4/7/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2438871-6 | 5/21/2016 | 3/31/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2442818-1 | 5/22/2016 | 4/7/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2439050-6 | 5/27/2016 | 4/7/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2438539-9 | 5/28/2016 | 4/7/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2440074-3 | 5/28/2016 | 4/14/2017 | 2006 |
| 2006-17-101255 | 9/6/2017 | 3/8/2022 | 231-2438398-0 | 5/29/2016 | 4/14/2017 | 2006 |